OPINION — AG — A PUBLIC TRUST WHICH SUPPLIES NATURAL GAS, BUT WHICH IS EXCEPTED FROM THE AUTHORITY, JURISDICTION OR SUPERVISION OF THE CORPORATION COMMISSION UNDER 17 O.S. 1977 Supp., 160.1 [17-160.1], DOES NOT CONSTITUTE A "PUBLIC UTILITY" OR "UTILITY" AS CONTEMPLATED BY 17 O.S. 1977 Supp., 250 [17-250](8) CITE: 17 O.S. 1977 Supp., 160.1 [17-160.1] [17-160.1] (GERALD E. WEIS)